**SHUIQUAN CHEN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 12–73369.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 24, 2013.*

Filed Oct. 1, 2013.

Shuiquan Chen, pro se.

Surell Brady, Esquire, Trial, OIL, DOJ–U.S. Department of Justice Washington, DC, ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Shuiquan Chen, a native and citizen of China, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's denial of his motion to reopen proceedings held in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Avagyan v. Holder*, 646 F.3d 672, 674 (9th Cir.2011), and we deny the petition for review.

The agency acted within its discretion in denying Chen's motion to reopen for failure to present sufficient evidence to establish that his failure to appear was because of exceptional circumstances. *See* 8 C.F.R. § 1003.23(b)(4)(ii); *Celis–Castellano v. Ashcroft*, 298 F.3d 888, 892 (9th Cir.2002).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.